

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2017

No. 04-17-00658-CV

Mauro **VILLARREAL,**
Appellant

v.

**RIO GRANDE CITY MAYOR** Joel Villarreal and Rio Grande City Commissioners Arcadio J. Salinas, III, Place 1; Rey Ramirez, Place 2; Hernan Garza, III, Place 3; and Dave Jones, Place 4,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-17-134
Honorable J.R. "Bobby" Flores, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file its brief is GRANTED. Appellant's brief is due January 4, 2018.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2017.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court